Eva Elena PIRVU, Plaintiff-Appellant,

v.

KELLOGG BROWN AND ROOT INCORPORATED; KBR Technical Services Incorporated; Bruce Hall; Michael Goodwin; Adrian Stockton; Mike Mayo; Kellogg Brown & Root, Incorporated, doing business as Service Employees International, Incorporated, Defendants-Appellees.

No. 12-20071.

United States Court of Appeals,
Fifth Circuit.

Dec. 5, 2012.

Michael Terrence Conway, Esq., Michael T. Conway & Company, Brunswick, OH, for Plaintiff-Appellant.

Samuel Zurik, III, Attorney, Rachel E. Linzy, Esq., Kullman Firm, New Orleans, LA, for Defendants-Appellees.

Before BARKSDALE, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM: *

The judgment of the district court is AFFIRMED. See 5th Cir. R. 47.6.

---

* Pursuant to Fifth Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Fifth Circuit Rule 47.5.4.

